UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| AUGUSTA FUEL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOND SAFEGUARD INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | CV-06-82-B-W |
| | ) | |
| BOND SAFEGUARD INSURANCE COMPANY, | ) ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SKILLINGS SHAW & ASSOCIATES, INC., | ) ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 10, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Third-Party Defendant Skillings Shaw & Associates, Inc.'s Motion for Summary Judgment (Docket # 44) be and hereby is DENIED.

/s/ John A. Woodcock, Jr._____
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2008